the Circuit Court of Calhoun County was "plainly right," this Court in *Taylor* v. *Mississippi*, 319 U. S. 583, *Benoit* v. *Mississippi*, 319 U. S. 583, *Cummings* v. *Mississippi*, 319 U. S. 583, and *West Virginia State Board of Education* v. *Barnette*, 319 U. S. 624, considered questions having a bearing on the issues in the present case. Accordingly we vacate the judgment and remand the cause to the Circuit Court of Calhoun County for further consideration in the light of our decisions in those cases. *New York ex rel. Whitman* v. *Wilson*, 318 U. S. 688, 690–91, and cases cited. *Mr. Hayden C. Covington* for petitioners.

No. 278. GRACE *v.* BOARD OF COMMISSIONERS OF THE STATE BAR OF ALABAMA. October 18, 1943. *Per Curiam:* The appeal is dismissed for the want of a substantial federal question. *Ex parte Burr*, 9 Wheat. 528, 530; *Ex parte Secombe*, 19 How. 9, 13; *Ex parte Robinson*, 19 Wall. 505, 512; *Selling* v. *Radford*, 243 U. S. 46, 49. *Menza B. Grace, pro se. Mr. Richard T. Rives* for appellee.

No. 2. UNITED STATES *v.* ALUMINUM COMPANY OF AMERICA ET AL. and

No. 6. NORTH AMERICAN COMPANY *v.* SECURITIES & EXCHANGE COMMISSION. October 18, 1943. As four Justices have disqualified themselves from participating in the decision in each of these cases, the Court is unable to make final disposition of them because of the absence of a quorum of six Justices as prescribed by 28 U. S. C., § 321. These cases will accordingly be transferred to a special docket and all further proceedings in them postponed in each case until such time as